# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,      )
                      )
        Plaintiff,     )
                      )
       v.           )  Civil Case No. 07-506 (RJL)
                      )
U.S. DEPARTMENT OF HOMELAND  )
SECURITY *et al.*,       )
                      )
      Defendants.

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 9th day of September, 2010, hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment [#55] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Cross-Motion for Partial Summary Judgment [#59] is **DENIED**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge